UNITED STATES DISTRICT COURT FOR THE **"UNDER SEAL"**
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:05 mj 221 |
| | ) | 3:05 mj 222 |
| v. | ) | ORDER SEALING |
| | ) | SEARCH WARRANT AND AFFIDAVIT |
| DANIEL DEDRICK, ET AL. | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order Sealing Search Warrant and Affidavit be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order Sealing Search Warrant and Affidavit be sealed until further order of this court.

This 7th day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE